UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ALEJANDRO ESPINOZA,                                    CASE NO. 1:24-cv-24854-RKA
          Plaintiff,


vs.


SUIT SUPPLY (U.S.A.), INC.,
a Foreign Profit Corporation
D/B/A SUITSUPLLY
          Defendant,

_____/

### JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

       Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant,  SUIT SUPPLY (U.S.A.), INC.  All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation.  Each party shall bear their own attorney fees and costs.

Submitted by:

| | |
|---|---|
| Mendez Law Offices, PLLC | Bryan F. DuBon |
| Attorneys for Plaintiff | Attorney for Defendant |
| P.O. BOX 228630 | 9110 Strada Place, Mercato Dr |
| Miami, Florida 33172 | Suite 6200 |
| Telephone: 305.264.9090 | Naples, FL 34108 |
| Facsimile: 1-305.809.8474 | 786-877-7756 |
| Email:info@mendezlawoffices.com | Email: bryan.dubon@dentons.com |
| By:            /s/ | By:_____/s/_____. |
| DIEGO GERMAN MENDEZ, ESQ. | BRYAN F. DUBON, ESQ. |
| FL BAR NO.: 52748 | FL BAR NO.: 1007943 |

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800
Facsimile:  305-824-3868
Email: radamslaw@bellsouth.net
By: _____/s/_____
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434

                                        ###