**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-24854-ALTMAN/Lett**

**ALEJANDRO ESPINOZA**,

     *Plaintiff,*

v.

**SUIT SUPPLY (U.S.A.), INC.**
*d/b/a* **SUITSUPPLY**,

     *Defendant.*

_____/

## ORDER

     The parties have filed a joint stipulation of dismissal [ECF No. 25] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

     **DONE AND ORDERED** in the Southern District of Florida on April 24, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record